UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CORONAVIRUS REPORTER; CALID, INC.; PRIMARY PRODUCTIONS LLC, | No.   22-15166 |
| Plaintiffs-Appellants, | D.C. No. 3:21-cv-05567-EMC Northern District of California, San Francisco |
| and | |
| JEFFREY D. ISAACS, Dr., | ORDER |
| Plaintiff, | |
| v. | |
| APPLE, INC., | |
| Defendant-Appellee, | |
| and | |
| FEDERAL TRADE COMMISSION, | |
| Defendant. | |

| | |
|---|---|
| JEFFREY D. ISAACS, Dr., | No.   22-15167 |
| Plaintiff-Appellant, | D.C. No. 3:21-cv-05567-EMC |
| and | |
| CORONAVIRUS REPORTER; CALID, INC.; PRIMARY PRODUCTIONS LLC, | |
| Plaintiffs, | |

v.

APPLE, INC.,

          Defendant-Appellee,

 and

FEDERAL TRADE COMMISSION,

          Defendant.

Appellee's motions (Docket Entry No. 26 in No. 22-15166 and Docket Entry No. 15 in No. 22-15167) to consolidate are granted. Nos. 22-15166 and 22-15167 are consolidated. The Clerk will strike the answering briefs submitted at Docket Entry No. 33 in No. 22-15166 and Docket Entry No. 21 in No. 22-15167.

The consolidated answering brief is now due October 28, 2022. The optional reply briefs are due within 21 days after service of the consolidated answering brief.

The clerk order at Docket Entry No. 35 in No. 22-15166 is vacated.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7