# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-15166, 22-15167

**Case Name** Coronavirus Reporter et al. v. Apple Inc.

**Hearing Location** (*city*) San Francisco

**Your Name** Julian W. Kleinbrodt

List the sitting dates for the three sitting months you were asked to review:

Feb. 6-10, 13-17
March 6-10, 27-31
April 10-14, 17-21

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Feb. 6-7 - Pre-scheduled vacation

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Julian W. Kleinbrodt   **Date** 10/24/2022

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**   New 12/01/2018